JONES *v.* THE BANK OF NEW YORK.

This case is controlled in principle by *Farrar et al.* v. *Bank of New York.*          *Judgment affirmed.*

April 28, 1892. By two Justices.

For the facts see the opinion in the preceding case.